CAUSE NO. D-1-GN-25-001663

| | | |
|---|---|---|
| TEXAS LAND TITLE ASSOCIATION, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| TEXAS DEPARTMENT OF INSURANCE | § | |
| AND CASSIE BROWN, IN HER | § | |
| CAPACITY AS COMMISSIONER OF THE | § | TRAVIS COUNTY, TEXAS |
| TEXAS DEPARTMENT OF INSURANCE, | § | |
| | § | |
| *Defendants*. | § | |
| | § | 345TH JUDICIAL DISTRICT |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/20/2025 8:53:51 AM
CHRISTOPHER A. PRINE
Clerk

## ORDER OVERRULING TEXAS DEPARTMENT OF INSURANCE AND CASSIE BROWN'S FIRST AMENDED PLEA TO THE JURISDICTION

On May 27-28, 2025, the Court heard Texas Department of Insurance and Cassie Brown's First Amended Plea to the Jurisdiction filed on May 20, 2025 (Plea).

After considering the evidence and arguments of counsel, the Court FINDS that it has subject-matter jurisdiction under Texas Insurance Code section 36.201 and Texas Government Code section 2001.038, subdivision (a), to conduct judicial review of the Commissioner's actions as alleged in Plaintiff's Original Petition and Application for Temporary Injunction filed on March 6, 2025, and as amended on May 28, 2025. The Court therefore FINDS that Defendants' sovereign immunity has been statutorily waived.

IT IS THEREFORE ORDERED that the Plea is OVERRULED.

SIGNED on May 30, 2025,

_____
DANIELLA DESETA LYTTLE
Judge Presiding, 261st District Court